IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


CLARENCE TONEY,            :

       Plaintiff       :       CIVIL NO. 3:CV-13-09

v.                      :

                      :       (Judge Conaboy)

                      :       **FILED**

JEROME WALSH, ET AL.,     :       **SCRANTON**

       Defendants      :       JAN 1 0 2013

ORDER      PER _____

                                             DEPUTY CLERK

AND NOW, THEREFORE, THIS 10 DAY OF JANUARY, 2013, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's <u>in forma pauperis</u> motion is construed as a motion to proceed without full prepayment of fees and costs and the motion is **GRANTED**.

2.    Toney's complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).

3.    The Clerk of Court is directed to **CLOSE** the case.

4.    Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                                  _____

                                  RICHARD P. CONABOY

                                  United States District Judge